# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIXIAO SUN,<br><br>                              Plaintiff,<br>  vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Secretary; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; ROBERT MUELLER, Director Federal Bureau of Investigation,<br><br>                             Defendants.<br>_____<br>YAN LI, Pro Se; YIXIAO SUN, Pro Se,<br><br>                             Plaintiffs,<br>  vs.<br><br>ROBERT MUELLER, Director Federal Bureau of Investigation; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director U.S. Citizenship and Immigration Services;<br><br>                             Defendants. | CASE NO. 07CV0009-LAB (POR)<br>[Consolidated w/07cv1318]<br><br>**ORDER OF CONSOLIDATION** |

/ / /

/ / /

1     On September 5, 2007, the Court ordered the parties to show cause, within seven
2 days, why these related cases should not be consolidated.  No party has shown cause or
3 attempted to do so.  Therefore, these cases are hereby **ORDERED** to be consolidated for
4 all purposes.  All filings shall henceforth be docketed in the docket of the low-numbered
5 case, 07CV009 LAB (POR) and the caption of filings shall reflect the consolidated character
6 of these actions.

8     **IT IS SO ORDERED**.
9 DATED: September 24, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge